# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

**FILED**

AUG 1 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _STS_ DEP CLK

| | |
|---|---|
| United States of America<br>v.<br>Michael R. Ryner<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 5:19-MJ-1914-RN<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 31, 2019__ in the county of __Cumberland__ in the __Eastern__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | The defendant, having previously been convicted of a felony, was in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). |

This criminal complaint is based on these facts:

please see attached affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Matthew D. Pena, Military Police Officer
_Printed name and title_

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the applicant appeared before me via reliable electronic means and was placed under oath.

Date: 8/1/2019 8:59 am

_Robert T. Numbers II_
_Judge's signature_

City and state: Raleigh, North Carolina

Robert T. Numbers II, United States Magistrate Judge
_Printed name and title_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

AFFIDAVIT

1. I, Matthew D. Pena, having been duly sworn, do hereby depose and state: I am a Traffic Accident Investigator with the Fort Bragg Department of Emergency Services/Provost Marshall's Office. I began my career as a Traffic Accident Investigator in July of 2018. My duties routinely include the investigation of traffic collisions, impaired driving investigations, and general traffic/law enforcement to include on the job experience where I encountered marijuana, cocaine, and other controlled substances.

2. This affidavit is submitted as evidence of probable cause supporting the complaint for Michael Raekwon RYNER, (here after referred to as "RYNER") for Possession of Firearm by a Convicted Felon in violation of 18 U.S.C. 922(g)(1). This affidavit does not set forth all information known to your affiant about this case and is being submitted for the purpose of providing sufficient information to establish probable cause.

3. On July 31, 2019, at 9:34 PM on the Fort Bragg Military Reservation, I, Investigator Matthew D. Pena, while conducting traffic enforcement observed a 2014 Dodge Charger driving along Plank Road while using its bright headlights and failing to dim them for oncoming traffic. I first noticed this when I was driving in the opposite direction of the vehicle and the driver failed to dim its bright headlights. I then conducted a u-turn and began to follow the Dodge Charger, observing that it failed to dim its bright headlights again for two more oncoming vehicles. The driver's failure to

dim bright headlights for oncoming traffic is a violation of North Carolina General Statute 20-181. A traffic stop was conducted. I identified the driver of the vehicle as RYNER through his own admission, because he did not have any identifying documents and admitted that he had never obtained a driver's license.

4. I informed RYNER that he could not continue to drive the vehicle because he was not a properly licensed driver and this was a violation of North Carolina General Statute 20-7(a). RYNER stated that he was on his way to pick up his girlfriend in Fayetteville. I informed him that he could call a licensed driver to the scene and I would allow the licensed driver to operate the vehicle and for him to continue his journey. RYNER made two phone calls to attempt to bring a licensed driver to the scene. When he failed to procure a licensed driver to arrive at the scene in a timely manner I informed RYNER that I would need to order a tow truck to remove the vehicle from the roadway.

5. I informed RYNER that I would need to conduct an inventory of the vehicle in order to fill out the Department of Defense Form 2506, Vehicle Impoundment Report. I also informed him that in order to ensure my own safety I was going to place him in hand irons while I conducted the inventory. As I placed him in hand irons I asked him if he had any items on his person that I needed to be concerned with for my own safety. RYNER then disclosed that he had a bag of marijuana in the pocket of his shorts. I then conducted a full search of his person and found a bag of four pills, weighing 1.18 grams in total, in his shorts pocket, which later tested positive with NARK Test Kit as methamphetamine.

6. I placed RYNER under arrest and escorted him to the back of my patrol vehicle. I then conducted an inventory of RYNER'S vehicle. The first place I inventoried was the driver's seat. Under the driver's seat I found a XD-9 9mm pistol, serial number US859914. Inscribed writing on on the side of the pistol reads "Made in Croatia." A loaded magazine was in the pistol with 8 bullets and an additional bullet was chambered in the pistol. In the back seat of the vehicle I found a bag containing an excess of $1,000. I also found an unknown clay-like substance in the center console which is pending forensic analysis.

7. After I completed my vehicle inventory a towing company removed the vehicle from the scene and I escorted RYNER to the Law Enforcement Center. A criminal background check revealed that RYNER had previously been convicted of a felony. Specifically, RYNER was convicted of felony conspiracy to commit robbery with a dangerous weapon, in violation of North Carolina General Statute 14-2.4, on March 21, 2013, by the Scotland County Superior Court. Following his felony conviction, RYNER was later convicted of possession of a firearm by a felon in violation of North Carolina General Statute 14-415.1, on September 25, 2014, by the Scotland County Superior Court. RYNER has multiple other misdemeanor convictions on his criminal record.

[remainder of this page left intentionally blank]

8. Based on all of the foregoing, I, Matthew D. Pena, believe that on July 31, 2019 there is ample evidence and probable cause to conclude that Michael Raekwon RYNER is in fact guilty of Felon in Possession of a Firearm, in violation of 18 U.S.C. 922(g)(1), and respectfully ask that the Court issue a warrant ordering his arrest for such crime.

Further your Affiant sayeth not.

Matthew D. Pena
Traffic Accident Investigator
Fort Bragg, DES/PMO


Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this written affidavit.
Dated: August 1, 2019

Robert T. Numbers, II
United States Magistrate Judge